IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., <br> *Plaintiff – Appellees,* <br><br> – v. – <br><br> META PLATFORMS INC., et al., <br> *Defendants – Appellants.* <br><br><br> PERSONAL INJURY PLAINTIFFS, et al., <br> *Plaintiff – Appellees,* <br><br> – v. – <br><br> META PLATFORMS INC., et al., <br> *Defendants – Appellants.* | No. 24-7032 |

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE OPENING-ANSWER BRIEFS**

The State Attorneys General and Personal Injury Plaintiffs ("Appellees") respectfully request a 14-day extension of time in which to file their opening-answer briefs in the above captioned appeal.

1. Appellees were previously granted a 30-day extension of time. Their opening-answer briefs are currently due May 30, 2025.

2.      Appellees request an additional 14-day extension of time, to and including June 13, 2025, in which to file their opening-answer briefs.

3.      Meta does not oppose this motion.

4.      Good cause exists for granting the requested extension of time.

    a. Because this is a cross-appeal, Appellees are both responding to Meta's arguments and raising their own affirmative arguments. This appeal concerns novel and important issues regarding both jurisdiction and the scope of section 230 of the Communications Decency Act.

    b. Given the importance of the issues and the large number of states, school districts, and individual plaintiffs that are parties to this appeal, the process of obtaining all necessary approvals to join these briefs will take longer than usual.

    c. Finally, competing work obligations, including meeting major deadlines in the ongoing multidistrict litigation from which this appeal arises, warrant additional time.

5. No party will be prejudiced by this additional extension of time.

Wherefore, the Appellees request that this Court grant a 14-day extension of time, through June 13, 2025, in which to file their opening-answer briefs.

Respectfully submitted,

PHILIP J. WEISER
Attorney General

/s/Shannon Stevenson
Shannon Stevenson
CO Bar No. 35542
Solicitor General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000
Email: Shannon.Stevenson@coag.gov
*Attorney for the State AG's*
 Counsel of Record

/s/Lexi J. Hazam

Lexi J. Hazam
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lhazam@lchb.com

Previn Warren
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 232-5504
pwarren@motleyrice.com

*MDL Co-Lead Counsel for
Plaintiffs-Appellees Personal Injury
Plaintiffs and School District
Plaintiffs*

# CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A).

☒        This document contains 225 words.

This document complies with the typeface and the type style requirements of Fed. R. App. P. 27(d)(1)(E):

☒        This document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook type.

This document has been submitted in compliance with the court's ECF requirements.

/s/ *Shannon Stevenson*
SHANNON STEVENSON
Solicitor General

# **CERTIFICATE OF SERVICE**

I certify that I served the foregoing motion upon all parties herein by e-filing with the ACMS system maintained by the Court, this 22nd day of May, 2025.

/s/ *Shannon Stevenson*
SHANNON STEVENSON
Solicitor General